# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| AARON D. CAUSEY, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    1:13-cv-0915-RDP-JEO |
| | ) |
| CHRISTOPHER GORDY, | ) |
| WARDEN, et al., | ) |
| | ) |
|     Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §§ 2241 and 2254 by Aaron D. Causey, an Alabama state prisoner acting *pro se*. (Doc. 1). On June 10, 2015, the Magistrate Judge assigned this case entered a report pursuant to 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(1) recommending that the action be denied and dismissed. (Doc. 15). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's Report and Recommendation, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. As a result, the petition for writ of habeas corpus is due to be denied and this action is due to be dismissed with prejudice. Further, because the petition does not present issues that are debatable among jurists

of reason, a certificate of appealability is also due to be denied. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), RULES GOVERNING § 2254 PROCEEDINGS. A separate final judgment will be entered.

**DONE** and **ORDERED** this    3rd    day of August, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE